UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

ANNETTE MARIE CONTO,

Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

Defendant.

Case No. **1:25-cv-00347**

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff **Annette Marie Conto**, appearing pro se, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety **with prejudice**.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: December 9, 2025

*Annette Marie Conto*

**Annette Marie Conto**

7277 McDaniel Lane

FILED

DEC 12 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Ooltewah, TN 37363

annetteconto@yahoo.com

Pro Se Litigant

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Voluntary Dismissal** was served on December 9, 2025, via U.S. Mail, First-Class, postage prepaid, to the following:

**Jonathan Green**

General Counsel

National Credit Systems, Inc.

1775 The Exchange SE, Suite 300

Atlanta, GA 30339

jgreen@nationalcreditsystems.com